UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

**04-21041 CIV - HUCK**

**MAGISTRATE JUDGE TURNOFF**

In re:

NEW FLORIDA PROPERTIES CORP.,

    Debtor,
_____/

Case No. 02-10105-BKC-AJC

Chapter 11 Proceeding

NATALIO SAKS, et al.,

    Plaintiffs,

v.

NEW FLORIDA PROPERTIES CORP.,

    Defendant,
_____/

Adv. Proceeding No: 03-1568-BKC-AJC-A

Judge Barry S. Schermer

## NOTICE OF APPEAL

NATALIO SAKS, et al., appeals from the judgment, order, or decree of Bankruptcy Judge Barry S. Schermer entitled Final Judgment for Defendant / Order on Plaintiff's Petition for Declaratory Relief entered on March 26, 2004.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

1.     Attorneys for Natalio Saks, et al.,
   **MICHAEL L. HYMAN, ESQ.**
   **HYMAN KAPLAN GANGUZZA**
   **SPECTOR & MARS, P.A.**
   Museum Tower, Suite 2701
   150 West Flagler Street
   Miami, Florida 33130



LAW OFFICES HYMAN KAPLAN GANGUZZA SPECTOR & MARS, P. A.
MUSEUM TOWER, TWENTY-SEVENTH FLOOR, 150 WEST FLAGLER STREET, MIAMI, FL 33130 · DADE 371-4244 · BROWARD 763-8908

Case No. 02-10105-BKC-AJC
Adversary Proceeding: 03-1568-BKC-AJC-A
Page 2 of 2

2. Attorneys for New Florida Properties Corp.
**DIRK LORENZEN, ESQ.**
**Caruana and Lorenzen, P.A.**
44 West Flagler Street, Suite 1000
Miami, Florida 33130-1808

**HYMAN KAPLAN GANGUZZA**
**SPECTOR & MARS, P.A.**
Museum Tower, Suite 2701
150 West Flagler Street
Miami, Florida 33130

By: _____
MICHAEL L. HYMAN
Florida Bar No: 111830

F:\WP51\FILES\Julio\New Florida Properties\Adversary Bankruptcy\Pleadings\Notice of Appeal.doc